# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:20-cr-00012-MR-WCM

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) ) Plaintiff, ) ) vs. ) ) **FELIPE DE JESUS CARDENAS BLAS,** ) ) Defendant. ) ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

To this date, the Defendant remains a fugitive with no recent activity taking place in the case. Accordingly, the Court finds that this case should be administratively closed as to the above-captioned Defendant.

**IT IS, THEREFORE, ORDERED** that this case is hereby administratively closed pending the apprehension or appearance of the above-captioned Defendant.

**IT IS SO ORDERED.**

Signed: March 16, 2021

Martin Reidinger
Chief United States District Judge